UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. _____

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE; and NORTH CAROLINA REPUBLICAN PARTY,<br><br>Plaintiffs,<br><br>v.<br><br>NORTH CAROLINA STATE BOARD OF ELECTIONS' KAREN BRINSON BELL, in her official capacity as Executive Director of the North Carolina State Board of Elections; ALAN HIRSCH, in his official capacity as Chair of the North Carolina State Board of Elections; JEFF CARMON, in his official capacity as Secretary of the North Carolina State Board of Elections; STACY EGGERS IV, KEVIN N. LEWIS, and SIOBHAN O'DUFFY MILLEN, in their official capacities as members of the North Carolina State Board of Elections,<br><br>Defendants,<br><br>and<br><br>THE DEMOCRATIC NATIONAL COMMITTEE,<br><br>Intervenor-Defendant. | NOTICE OF REMOVAL OF CIVIL ACTION No. 24-CVS-26955-910 FROM WAKE COUNTY SUPERIOR COURT |

TO: The United States District Court for the Eastern District of North Carolina

PLEASE TAKE NOTICE THAT Defendants remove Civil Action No. 24-CVS-26955-910 from the North Carolina Superior Court for Wake County to this Honorable

1

Court, pursuant to 28 U.S.C. §§ 1331, 1441(a), 1443(2), and 1367(a). In support of this notice, Defendants state the following:

1. On August 23, 2024, Plaintiffs filed a complaint in North Carolina Superior Court for Wake County. Plaintiffs served their complaint on Defendants on August 27, 2024.

2. The complaint purports to allege violations of the Help America Vote Act (HAVA), Pub. L. No. 107-252, 116 Stat. 1666 (2002) *codified at* 52 U.S.C. § 20901, *et seq.*

3. Because Plaintiffs bring claims arising under the laws of the United States, this Court has original jurisdiction over Plaintiffs' claims. 28 U.S.C. § 1331.

4. The complaint further alleges that Defendants have refused to take certain actions. To the extent Defendants have indeed refused to take certain actions, their refusal was based on their obligation to comply with 52 U.S.C. § 10101(a)(2) and 52 U.S.C. § 20507(c)(2)(A).

5. Because Plaintiffs seek relief for Defendants' refusal to do an "act on the ground that [the act] would be inconsistent" with 52 U.S.C. § 10101(a)(2) and 52 U.S.C. § 20507(c)(2)(A), removal is proper. 28 U.S.C. § 1443(2).

6. The consent of the other defendants in this case is not required because removal does not proceed "solely under 28 U.S.C. § 1441." 28 U.S.C. § 1446(b)(2)(A). Nevertheless, Intervenor-Defendant the Democratic National Committee has informed Defendants that it consents to their removal of this action to this Court.

7.      Because Plaintiffs served their complaint on Defendants on August 27, 2024, this removal petition is timely. 28 U.S.C. § 1446(b).

8.      Pursuant to Local Rule 5.3(a)(1), copies of all process and pleadings in Defendants' possession are attached to this petition as separate distinctly titled exhibits. Defendants are also filing in the North Carolina Superior Court for Wake County notice of removal, as required by 28 U.S.C. § 1446(d), and has requested a complete copy of the state court file to be filed in this Court. A copy of that notice is included below

Wherefore, Defendants remove to this Court Civil Action No. 24-CVS-26955-910 from the North Carolina Superior Court for Wake County to the United States District Court for the Eastern District of North Carolina.

Respectfully submitted, this 23rd day of September 2024.

/s/ Sarah G. Boyce
Sarah G. Boyce
Deputy Attorney General and General Counsel
N.C. State Bar No. 56896
SBoyce@ncdoj.gov

Mary Carla Babb
Special Deputy Attorney General
N.C. State Bar No. 25731
MCBabb@ncdoj.gov

Terence Steed
Special Deputy Attorney General
N.C. State Bar No. 52809
TSteed@ncdoj.gov

South A. Moore
Deputy General Counsel
N.C. State Bar No. 55175
SMoore@ncdoj.gov

3

North Carolina Department of Justice
P.O. Box 629
Raleigh, NC 27602
Phone: 919-716-6900
Fax: 919-716-6758

*Counsel for State Board Defendants*

# CERIFICATE OF SERVICE

I certify that the foregoing Notice of Removal was filed electronically with the Clerk of Court using the CM/ECF system which will send notification of such filing to the below listed attorneys for Plaintiff, if registered, and I have served the document upon opposing counsel by mailing via the US Mail, first class, postage prepaid, addressed as follows:

> John E. Branch III
> Thomas G. Hooper
> Baker Donelson Bearman, Caldwell Berkowitz, PC
> 2235 Gateway Access Point, Suite 220
> Raleigh, NC 27607
> (984) 844-7900
> jbranch@bakerdonelson.com
> thooper@bakerdonelson.com
>
> Phillip J. Strach
> Jordan A. Koonts
> Nelson Mullins Riley Scarborough LLP
> 301 Hillsborough Street, Suite 1400
> Raleigh, NC 27603
> (919) 329-3800
> phil.strach@nelsonmullins.com
> jordan.koonts@nelsonmullins.com
>
> *Counsel for Plaintiffs*
>
> Jim W. Phillips, Jr.
> Shana L. Fulton
> William A. Robertson
> James W. Whalen
> Brooks, Pierce, McLendon, Humphrey & Leonard, LLP
> 150 Fayetteville Street
> 1700 Wells Fargo Capitol Center
> Raleigh, N.C. 27601
> (919) 839-0300
> jphillips@brookspierce.com
> sfulton@brookspierce.com

wrobertson@brookspierce.com
jwhalen@brookspierce.com

Seth P. Waxman
Daniel Volchok
Christopher E. Babbitt
Gary M. Fox
Joseph M. Meyer
Jane Kessner
Nitisha Baronia
Wilmer Cutler Pickering Hale and Door LLP
2100 Pennsylvania Avenue N.W.
Washington, D.C. 20037
(202) 663-6000
seth.waxman@wilmerhale.com
daniel.volchok@wilmerhale.com
christopher.babbitt@wilmerhale.com
gary.fox@wilmerhale.com
jane.kessner@wilmerhale.com
nitisha.baronia@wilmerhale.com
joseph.meyer@wilmerhale.com

*Counsel for Intervenor-Defendant Democratic National Committee*

Lee Rubin
Mayer Brown LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real Palo Alto, CA 94306-2112 (650) 331-2000
lrubin@mayerbrown.com

Rachel J. Lamorte
Catherine Medvene
Mayer Brown LLP
1999 Street, NW
Washington, DC 20006-1101
(202) 263-3000
rlamorte@mayerbrown.com
cmedvene@mayerbrown.com

Jordan Hilton
Mayer Brown LLP
201 S. Main Street, Suite 1100
Salt Lake City, UT 84111

(801) 907-2717
jhilton@mayerbrown.com

Harsha Tolappa
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
htolappa@mayerbrown.com

Hilary H. Klein
Jeffrey Loperfido
Christopher Shenton
Southern Coalition for Social Justice
5517 Durham Chapel Hill Blvd.
Durham, NC 27707
(919) 794-4213
hilaryhklein@scsj.org
jeffloperfido@scsj.org
chrisshenton@scsj.org

Ezra D. Rosenberg
Jennifer Nwachukwu
Pooja Chaudhuri
Javon Davis
Lawyers' Committee for Civil Rights Under Law
1500 Street, NW, Ste. 900
Washington DC, 20005
(202) 662-8600
erosenberg@lawyerscommittee.org
Jowachukwu@lawyerscommittee.org
pchaudhuri@lawyerscommittee.org
jdavis@lawyerscommittee.org

*Counsel for Proposed Intervenor Defendants North Carolina State Conference of the NAACP and Jackson Sailor Jones*

This the 23rd day of September, 2024.

/s/ Sarah G. Boyce
Sarah G. Boyce
Deputy Attorney General and General Counsel

7