## INDEX TO EXHIBITS

Exhibit A      Verified Complaint

Exhibit B      Civil Action Cover Sheet

Exhibit C      Summons for North Carolina State Board of Elections

Exhibit D      Summons for Karen Brinson Bell

Exhibit E      Summons for Alan Hirsch

Exhibit F      Summons for Jeff Carmon

Exhibit G      Summons for Stacy Eggers IV

Exhibit H      Summons for Kevin N. Lewis

Exhibit I      Summons for Siobhan O'Duffy Millen

Exhibit J      Acceptance of Service for all State Board Defendants

Exhibit K      Notice of Appearance by Babb for Defendants

Exhibit L      Motion to Expedite Discovery by Plaintiffs

Exhibit M      Exhibit A to Motion to Expedite

Exhibit N      Motion to Intervene by Democratic National Committee

Exhibit O      Notice of Appearance by Terence P. Steed for State Board Defendants

Exhibit P      Motion to Intervene by North Carolina State Conference of the NAACP and Jackson Sailor Jones

Exhibit Q      Order Granting Democratic National Committee's Motion to Intervene

Exhibit R      Motion to Dismiss, Answer and Affirmative Defenses by Democratic National Committee

1