# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | |
|---|---|
| Republican National Committee et al )<br>*Plaintiff* )<br>v. )<br>North Carolina State Board of Elections et al )<br>*Defendant* ) | Case No. 5:24-CV-547-BO |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Intervenor-Defendant Democratic National Committee                                .

Date: 09/24/2024

/s/ William A. Robertson
*Attorney's signature*

William A. Robertson, N.C. Bar No. 53589
*Printed name and bar number*
150 Fayetteville Street
1700 Wells Fargo Capitol Center
Raleigh, NC 27601

*Address*

wrobertson@brookspierce.com
*E-mail address*

(919) 573-6210
*Telephone number*

(336) 232-9210
*FAX number*

Case 5:24-cv-00547-BO   Document 5   Filed 09/24/24   Page 1 of 1