

**United States District Court**
**Eastern District of North Carolina**
Office of the Clerk
P.O. Box 25670
Raleigh, North Carolina 27611

Phone (919) 645-1700　　　　　　　　　　　　　　　　　　　　　　　　　Peter A. Moore, Jr.
Fax (919) 645-1750　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court

September 30, 2024

Phlillip J. Strach
301 Hillsborough Street
Suite 1400
Raleigh, NC 27603

John E. Branch
2235 Gateway Access Point
Suite 220
Raleigh, NC 27607

RE:　Republican National Committee et al v. North Carolina State Board of Elections et al
　　　5:24-CV-547-M-RJ

**Notice to Parties Regarding Removal of Case to the Eastern District of North Carolina**

Dear Counsel:

On September 23, 2024, a Notice of Removal was filed in the above-referenced action.

Local Civil Rule 5.3 governs removals of cases to the Eastern District of North Carolina. Pursuant to this rule, within 14 days after removal you are required to file either a notice of appearance, a notice of substitution of counsel, or a motion to withdraw. Additionally, you must also file a disclosure statement in accordance with Fed.R.Civ.P. 7.1 and Local Civil Rule 7.3. You also should consult Local Civil Rule 5.3 to determine the applicable response deadlines for any motions filed in state court prior to removal.

Unless otherwise authorized by the court, all documents submitted for filing shall be filed electronically using the Case Management/Electronic Case Filing System (CM/ECF).

Information regarding CM/ECF and guidance in obtaining training and user log-in and password

Sincerely,

Peter A. Moore, Jr., Clerk of Court

(By) /s/ Kimberly McNally
       Deputy Clerk