IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-CV-00547-BO

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEEE; and NORTH CAROLINA REPUBLICAN PARTY,<br><br>*Plaintiffs*,<br><br>vs.<br><br>NORTH CAROLINA STATE BOARD OF ELECTIONS; KAREN BRINSON BELL, in her official capacity as Executive Director of the North Carolina State Board of Elections; ALAN HIRSCH, in his official capacity as Chair of the North Carolina State Board of Elections; JEFF CARMON, in his official capacity as Secretary of the North Carolina State Board of Elections; STACY EGGERS IV, KEVIN N. LEWIS, and SIOBHAN O'DUFFFY MILLEN, in their official capacities as members of the North Carolina State Board of Elections,<br><br>*Defendants*,<br><br>and<br><br>THE DEMOCRATIC NATIONAL COMMITTEE,<br><br>*Intervenor-Defendant.* | **EMERGENCY MOTION TO REMAND TO STATE COURT AND FOR EXPEDITED CONSIDERATION OF THE SAME** |

NOW COMES Plaintiffs the Republican National Committee ("RNC") and the North Carolina Republican Party ("NCGOP") (collectively, "Plaintiffs") by and through undersigned counsel, pursuant to 28 U.S.C. § 1447(c), respectfully move the Court for an order remanding this

matter to the Superior Court of Wake County, North Carolina. Additionally, Plaintiffs respectfully request that this Court enter an order expediting consideration of and a hearing on the same, such that briefing deadlines and hearing dates are consolidated with those set forth in this Court's order regarding Defendants' Motion to Dismiss. [Dkt. 36]. In support of this Motion, Plaintiffs file a Memorandum of Law herewith.

This, the 1st day of October, 2024.

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

By: */s/ Phillip J. Strach*
Phillip J. Strach
North Carolina State Bar no. 29456
Jordan A. Koonts
North Carolina State Bar no. 59363
301 Hillsborough Street, Suite 1400
Raleigh, North Carolina 27603
Ph: (919) 329-3800
phil.strach@nelsonmullins.com
jordan.koonts@nelsonmullins.com


**BAKER DONELSON BEARMAN, CALDWELL & BERKOWITZ, PC**

By: */s/ John E. Branch, III*
John E. Branch, III
North Carolina State Bar no. 32598
Thomas G. Hooper
North Carolina State Bar no. 25571
2235 Gateway Access Point, Suite 220
Raleigh, NC 27607
Ph: (984) 844-7900
jbranch@bakerdonelson.com
thooper@bakerdonelson.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing Motion with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such to all counsel of record in the above-captioned matter.

This, the 1st day of October, 2024.

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

By: */s/ Phillip J. Strach*
Phillip J. Strach
North Carolina State Bar no. 29456
Jordan A. Koonts
North Carolina State Bar no. 59363
301 Hillsborough Street, Suite 1400
Raleigh, North Carolina 27603
Ph: (919) 329-3800
phil.strach@nelsonmullins.com
jordan.koonts@nelsonmullins.com