IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:24-CV-00547-M

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE and NORTH CAROLINA REPUBLICAN PARTY,<br><br>Plaintiffs,<br><br>v.<br><br>NORTH CAROLINA STATE BOARD OF ELECTIONS, et al.,<br><br>Defendants. | ORDER |

This matter comes before the court on Plaintiffs' emergency motion to remand and for expedited consideration [DE 37]. For good cause shown and in the interest of justice, the court finds expedited consideration of the motion to remand is warranted. *See Dietz v. Bouldin.*, 579 U.S. 40, 47 (2016) (underscoring principle that "district courts have the inherent authority to manage their dockets and courtrooms with a view toward the efficient and expedient resolution of cases"). The following briefing schedule shall apply for Plaintiffs' emergency motion to remand:

1. Defendants and Intervenor-Defendant Democratic National Committee shall file any response in opposition to the motion to remand on or before October 7, 2024;

2. Plaintiffs shall file a reply on or before October 11, 2024; and

3. The court will hear the motion to remand on October 17, 2024, at 10:00 a.m. in Courtroom 1, Alton Lennon Federal Courthouse, 2 Princess Street, Wilmington, North Carolina.

1

Any party seeking modification of this briefing schedule shall file a motion demonstrating good cause for such modification on or before October 3, 2024.

SO ORDERED this 1st day of October, 2024.

*Richard E Myers II*

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE