**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION**

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE and NORTH CAROLINA REPUBLICAN PARTY, *Plaintiffs*, v. NORTH CAROLINA STATE BOARD OF ELECTIONS; KAREN BRINSON BELL, in her official capacity as Executive Director of the North Carolina State Board of Elections; ALAN HIRSCH, in his official capacity as Chair of the North Carolina State Board of Elections; JEFF CARMON, in his official capacity as Secretary of the North Carolina State Board of Elections; STACY EGGERS IV, KEVIN N. LEWIS, and SIOBHAN O'DUFFY MILLEN, in their official capacities as members of the North Carolina State Board of Elections, *Defendants*, and DEMOCRATIC NATIONAL COMMITTEE, *Intervenor-Defendant*. | Case No. 5:24-cv-547-M-RJ |

## NOTICE OF SPECIAL APPEARANCE

Please take notice that the undersigned Christopher E. Babbitt hereby enters a notice of special appearance as attorney for Intervenor-Defendant Democratic National Committee ("DNC") in the above-captioned matter, in association with Local Civil Rule 83.1(d) attorney, Jim W. Phillips, Jr.

I certify that I will submit any document to Local Civil Rule 83.1(d) attorney for review prior to filing the document with the court.

October 7, 2024                              Respectfully submitted,

                                             /s/ Christopher E. Babbitt
                                             CHRISTOPHER E. BABBITT
                                             WILMER CUTLER PICKERING
                                               HALE & DORR LLP
                                             2100 Pennsylvania Avenue N.W.
                                             Washington, D.C. 20037

                                             Phone: (202) 663-6681
                                             christopher.babbitt@wilmerhale.com
                                             D.C. BAR NO. 982508
                                             Attorney for DNC


                                             /s/ Jim W. Phillips, Jr.
                                             JIM W. PHILLIPS, JR.
                                             BROOKS, PIERCE, MCLENDON
                                               HUMPHREY & LEONARD, LLP
                                             150 Fayetteville Street
                                             1700 Wells Fargo Capitol Center
                                             Raleigh, N.C. 27601

                                             Phone: (919) 839-0300
                                             Fax: (919) 839-0304
                                             jphillips@brookspierce.com
                                             N.C. BAR NO. 12516
                                             Local Civil Rule 83.1(d) Attorney for DNC