# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE and NORTH CAROLINA REPUBLICAN PARTY,<br><br>*Plaintiffs*,<br><br>v.<br><br>NORTH CAROLINA STATE BOARD OF ELECTIONS; KAREN BRINSON BELL, in her official capacity as Executive Director of the North Carolina State Board of Elections; ALAN HIRSCH, in his official capacity as Chair of the North Carolina State Board of Elections; JEFF CARMON, in his official capacity as Secretary of the North Carolina State Board of Elections; STACY EGGERS IV, KEVIN N. LEWIS, and SIOBHAN O'DUFFY MILLEN, in their official capacities as members of the North Carolina State Board of Elections,<br><br>*Defendants*,<br><br>and<br><br>DEMOCRATIC NATIONAL COMMITTEE,<br><br>*Intervenor-Defendant*. | Case No. 5:24-cv-547-M-RJ |

## NOTICE OF SPECIAL APPEARANCE

Please take notice that the undersigned Nitisha Baronia hereby enters a notice of special appearance as attorney for Intervenor-Defendant Democratic National Committee ("DNC") in the above-captioned matter, in association with Local Civil Rule 83.1(d) attorney, Jim W. Phillips, Jr.

I certify that I will submit any document to Local Civil Rule 83.1(d) attorney for review prior to filing the document with the court.

October 7, 2024 Respectfully submitted,

/s/ Nitisha Baronia
NITISHA BARONIA
WILMER CUTLER PICKERING
  HALE & DORR LLP
2100 Pennsylvania Avenue N.W.
Washington, D.C. 20037

Phone: (202) 718-6494
nitisha.baronia@wilmerhale.com
D.C. BAR NO. 90004809
Attorney for DNC


/s/ Jim W. Phillips, Jr.
JIM W. PHILLIPS, JR.
BROOKS, PIERCE, MCLENDON
  HUMPHREY & LEONARD, LLP
150 Fayetteville Street
1700 Wells Fargo Capitol Center
Raleigh, N.C. 27601

Phone: (919) 839-0300
Fax: (919) 839-0304
jphillips@brookspierce.com
N.C. BAR NO. 12516
Local Civil Rule 83.1(d) Attorney for DNC

2