# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

|  |  |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE and NORTH CAROLINA REPUBLICAN PARTY,<br><br>*Plaintiffs*,<br><br>v.<br><br>NORTH CAROLINA STATE BOARD OF ELECTIONS; KAREN BRINSON BELL, in her official capacity as Executive Director of the North Carolina State Board of Elections; ALAN HIRSCH, in his official capacity as Chair of the North Carolina State Board of Elections; JEFF CARMON, in his official capacity as Secretary of the North Carolina State Board of Elections; STACY EGGERS IV, KEVIN N. LEWIS, and SIOBHAN O'DUFFY MILLEN, in their official capacities as members of the North Carolina State Board of Elections,<br><br>*Defendants*,<br><br>and<br><br>DEMOCRATIC NATIONAL COMMITTEE,<br><br>*Intervenor-Defendant*. | Case No. 5:24-cv-547-M-RJ |

## THE DEMOCRATIC NATIONAL COMMITTEE'S
## INDEX OF EXHIBITS

| Exhibit | Document |
|:---:|---|
| 1 | *Republican National Committee v. Schmidt*, No. 108 MM 2004 (Pa. Oct. 5, 2024) |
| 2 | North Carolina Official Election Manual (Sections 5.7.3 and 8.3.1) |
| 3 | Current North Carolina Voter-Registration Form |
| 4 | Administrative Complaint Filed by Carol Snow |
| 5 | Prior North Carolina Voter-Registration Form |
| 6 | Governor Cooper, *Disaster Declaration Request* (Sept. 27, 2024) |
| 7 | *President Joseph R. Biden, Jr. Approves North Carolina Disaster Declaration*, White House (Sept. 28, 2024) |
| 8 | Non-Party Brief of the Republican National Committee et al., *Priorities USA v. Evers*, No. 2024AP164 (Wis. May 3, 2024) |
| 9 | Brief of Arizona Republican Party as Amicus Curiae in Support of Respondent, *Richer v. Fontes*, No. CV-24-0221-SA (Ariz. Sept. 18, 2024) |