# EXHIBIT 2

-Search-

INDEX    GLOSSARY    FILTER

Navigation: Home | 5 Voting Site - Check-in Station Procedures | Step 7 - Check Voter Status | 5.7.3 Issue: Voter is Subject to HAVA ID

## 5.7.3 Issue: Voter is a First-time Voter Who Has Not Provided Verifiable Identification (HAVA Voter)

First-time voters, who at the time of their initial voter registration did not provide their North Carolina driver license number or the last four digits of their Social Security number, or who provided a number that could not be validated, are required to show identification when they vote.

This identification does not have to be a photo ID. The requirement for first-time voters to show identification is a requirement of the Help America Vote Act (HAVA) of 2002, a federal law not unique to North Carolina. Acceptable forms of HAVA ID include:

- A current and valid photo identification; or
- A copy of one of the following documents that show the name and address of the voter: a current utility bill, bank statement, government check, paycheck, or other government document.

First-time voters who are required to show HAVA ID will have been notified of this requirement by their county board of elections. If the voter complies with North Carolina's photo ID requirements, the requirements under HAVA are met. The election official must note the type of identification submitted by the voter.

If the voter does not present acceptable ID under North Carolina law, the voter must be referred to the Help Station.

Station Guide - Record Indicates HAVA ID is Required

Station Guide - Record Indicates HAVA ID is Required - Guidance to Voter

Preface
1 Election Officials
2 Voting Site Administration
3 One-stop Absentee Administration
4 Voting Site - Precheck-in Procedures
5 Voting Site - Check-in Station Procedures
    5 Voting Site: Check-in Station Procedures
    Step 1 - Ask Voter to State Name
    Step 2 - Search for Voter
    Step 3 - Compare Name
    Step 4 - Ask Voter to State Address
    Step 5 - Compare Stated Address
    Step 6 - Ask Voter to State Party
    Step 7 - Check Voter Status
        5.7 Check-in Step 7: Check Voter Status
        5.7.1 Issue: Voter is Inactive
        5.7.2 Issue: Voter Record Shows Voter Already Voted
        **5.7.3 Issue: Voter is Subject to HAVA ID**
        5.7.4 Issue: Voter Has No Eligible Ballot
    Step 8 - Make Determination of Eligibility to Vote
    Step 9 - Direct Voter to Ballot Station
6 Voting Site - Curbside Station Procedures

© Copyright 2017. All rights reserved.

Navigation: Home | 8 Voting Record Explained | Voter ID | 8.3.1 ID Required – HAVA

## 8.3.1   ID Required – HAVA

First-time voters, who, at the time of their initial voter registration, did not provide their North Carolina driver license number or the last four digits of their Social Security number, or who provided a number that could not be validated, are required to show identification when they vote.

This identification does <u>not</u> have to be a photo ID. The requirement for first-time voters to show identification is a requirement of the Help America Vote Act (HAVA) of 2002, a federal law not unique to North Carolina. Acceptable forms of HAVA ID include:

- A current and valid photo identification.
- A copy of one of the following documents that shows the name and address of the voter: a current utility bill, bank statement, government check, paycheck, or other government document.

First-time voters who are required to show HAVA ID will have been notified of this requirement by their county board of elections. The election official must note the type of identification submitted by the voter.

If the voter does not present acceptable HAVA ID, the voter must be referred to the Help Station.

-Search-

INDEX    GLOSSARY    FILTER

Preface
1 Election Officials
2 Voting Site Administration
3 One-stop Absentee Administration
4 Voting Site - Precheck-in Procedures
5 Voting Site - Check-in Station Procedures
6 Voting Site - Curbside Station Procedures
7 Voting Site - Help Station Procedures
8 Voting Record Explained
    8 Voting Record Explored
    General Information
    Voter Status
    Voter ID
        8.3 Voter ID
        **8.3.1 ID Required – HAVA**
    Voting Status
9 Precinct Transfers
10 Provisional Voting
11 Voting Systems and Ballots
12 Other Voting Site Activity
13 Voting Site Documents

© Copyright 2017. All rights reserved.