# EXHIBIT 3

# North Carolina Voter Registration Application  (Sections in red are required.)   06w

## Eligibility
**1**

You must be a U.S. citizen and old enough to register to submit this form. Required.

Are you a citizen of the United States of America?  ☐ Yes  ☐ No
*If you checked "no" in response to this question, do not submit this form. You are not qualified to vote.*

Will you be 18 years of age on or before election day?  ☐ Yes  ☐ No

If you answered "no" to the question above, are you at least 16 years of age and understand that you must be 18 years of age on or before election day to vote?  ☐ Yes  ☐ No

*If you checked "no" in response to both of these age questions, do not submit this form. You are not qualified to register or preregister to vote.*

## Print your name
Required.

**2**

Last Name _____  Suffix (Jr, Sr., II, III, IV) _____

First Name _____  Middle Name _____

## Identification information
Required.

**3**

Date of birth _____ (mm/dd/yyyy)

**AND**

NC Driver's License/DMV ID number _____
*OR, if you do not have one*
Last 4 digits of your Social Security number _____
**OR**
☐ I do not have a driver's license/DMV ID or Social Security number.

## Residential address
Your home address. Required.

**4**

Address *(not P.O. Box)* _____  Apt/Unit # _____

City _____  NC  Zip _____  County _____

If you have lived at this address less than 30 days, when did you move here? *(mm/dd/yyyy)* _____

## Mailing address

If you do not receive mail at your residential address, you must provide a mailing address. Required.

**5**

☐ Same as above

Address or P.O. Box _____  Apt/Unit # _____

City _____  State _____  Zip _____

## No physical address?

If you do not have an address, show on the map where you live or normally sleep.

**6**

Write the names of the nearest crossroads (or streets). Draw an **X** on the map to show where you live/sleep.

Remember to provide a valid **mailing address** in Section 5 so that the board of elections can send you a voter card.

North

## About you

**7**

**Gender**
☐ Male
☐ Female

**Ethnicity**
☐ Hispanic/Latino
☐ Not Hispanic/Latino

**Race**
☐ African American/Black
☐ American Indian/Alaska Native
☐ Asian
☐ White
☐ Multiracial
☐ Native Hawaiian/Pacific Islander
☐ Other

## Political party affiliation

**8**

☐ Constitution Party
☐ Democratic Party
☐ Green Party
☐ Justice For All Party
☐ Libertarian Party
☐ No Labels Party
☐ Republican Party
☐ Unaffiliated (No Party)
☐ We The People Party
☐ Other _____

If you select a party that is not recognized in North Carolina, you will be registered as *Unaffiliated*.

## Old registration

If you are currently registered to vote somewhere else, complete this section so that your prior registration can be cancelled.

**9**

**Name and address on last registration to cancel**

Last Name _____  Suffix _____

First Name _____  Middle Name _____

Street _____

City _____  State _____  Zip _____  County _____

## Contact information

This optional information is helpful if we have questions.

**10**

Phone _____  Email _____

## Signature

Fraudulently or falsely completing this form is a Class I felony under Chapter 163 of the NC General Statutes.

**11**

I have reviewed the contents of this form and attest that:
- I am a U.S. citizen;
- I am at least 18 years old, or will be by the date of the general election; or I am at least 16 years old and understand that I must be at least 18 years old on the day of the general election to vote;
- I will have lived at the residence identified on this form for 30 days before the date of the election in which I intend to vote;
- If I filled out Section 9 above, I am requesting that my old registration be cancelled; and
- I am not currently serving a felony sentence (including any probation, post-release supervision, or parole).

**Voter, sign and date here** *(Required)*

X _____  Date *(mm/dd/yyyy)* _____

☐ I would like to be contacted to be a poll worker.

2024.08

Case 5:24-cv-00547-M-RJ   Document 48-4   Filed 10/07/24   Page 2 of 3

TO: BOARD OF ELECTIONS

_____
City       NC
        State    Zip Code
USA



FROM:
_____
_____
_____

PLACE STAMP HERE

## APPLICATION INSTRUCTIONS

*Use this application to: (1) register to vote; (2) preregister to vote if you are at least 16 years old; (3) change party affiliation or unaffiliated status; (4) report a change of address within a county; or (5) report a name change.*

**Specific Instructions for Each Numbered Section of the Application:**

1. Indicate whether you meet the citizenship and age qualifications to vote or preregister to vote: (1) you must be a citizen of the United States; and (2) you must be at least 18 years old, or you will be 18 years old by the next general election, or you must be at least 16 years old if you want to preregister to vote.

2. Provide your full legal name. If your name has changed, this form will be used to update your current voter registration.

3. Provide your date of birth. If you have an NC driver's license or NCDMV ID number, you must provide this number. If not, you must provide the last four digits of your social security number. If you have none of these ID numbers and you are registering to vote for the first time in North Carolina, you must check the box indicating that you do not have these forms of identification. If you check that box, you may attach to this application a copy of a current and valid photo identification, utility bill, bank statement, government check, paycheck, or other government document that shows your name and address.

4-6. Provide your home address as of today's date in **Section 4**. If you do not receive mail at the address listed in **Section 4** or you do not have a traditional address, you must provide your mailing address in **Section 5**. If you do not have a traditional address, show on the map where you live or normally sleep in **Section 6**. Be descriptive and note any nearby streets or landmarks.

7. You may choose to provide your gender, race, and ethnicity. You are not required to provide this information.

8. You may choose to affiliate with any political party recognized in North Carolina. If you do not want to affiliate with a political party, you may opt to be registered as *Unaffiliated*. If you are applying for new registration in the county and leave the party affiliation section blank, you will be registered as *Unaffiliated*.

9. If you are currently registered in another North Carolina county or another state, provide your name and previous address used on that prior registration. This information will be used to request the cancellation of your registration in the other county or state.

10. You may choose to provide your phone number and email address. This is helpful if the board of elections needs to contact you with any questions about the form.

11. You must sign this form or make your mark. Only the person applying for registration is eligible to sign this form. If you are applying for new registration in your county of residence, you must submit this form with your original signature on the form. By signing this form, you are attesting that you meet the qualifications to register to vote, as listed above your signature.

| National Voter Registration Act Statement | Submitting Your Form: |
|---|---|
| If you are submitting this application to an NVRA agency or the North Carolina Division of Motor Vehicles, the location or office where you submitted the application will remain confidential and will be used only for voter registration purposes. Public assistance agencies, disability services agencies, the North Carolina Division of Motor Vehicles, and unemployment services agencies must offer you the opportunity to register to vote at the initial application for service of assistance and during any recertification, renewal or change of address. If you decline to register to vote, the fact that you so declined will also remain confidential. If you would like help completing the voter registration application, the agency will help you. The decision whether to seek or accept help is yours. You may fill out the application form in private and return it to the agency that provided you the form or you may mail or deliver the form to your county board of elections office.<br><br>Applying to register or declining to register to vote will not affect the amount of assistance provided. If you believe that someone has interfered with your right to register to vote, or your right to choose your own political party or other political preference, you may file a complaint with the NC State Board of Elections, P.O. Box 27255, Raleigh NC 27611-7255 or you may call the agency at 1-866-522-4723. | You must mail or deliver this application in-person with your original signature if you are registering to vote for the first time in your county of residence. If you are changing your name, address or party affiliation within your current county of registration, in addition to mail, you may also fax or email a scanned image of your signed application. If you give your signed application to another person or organization to submit on your behalf, be sure the person or organization can commit to timely submitting your application to the proper board of elections.<br><br>**Submit this form to:**<br>NC State Board of Elections<br>P.O. Box 27255<br>Raleigh, NC 27611-7255 |

Case 5:24-cv-00547-M-RJ    Document 48-4    Filed 10/07/24    Page 3 of 3