# EXHIBIT 5

# NORTH CAROLINA VOTER REGISTRATION APPLICATION (fields in red text are required)

2023.04   **06w**

**1** Indicate whether you are qualified to vote or preregister to vote based on U.S. citizenship and age.

**Are you a citizen of the United States of America?**
IF YOU CHECKED "NO" IN RESPONSE TO THIS CITIZENSHIP QUESTION, DO NOT SUBMIT THIS FORM. YOU ARE NOT QUALIFIED TO VOTE
☐ Yes ☐ No

**Will you be at least 18 years of age on or before election day?**
☐ Yes ☐ No

**Are you at least 16 years of age and understand that you must be 18 years of age on or before election day to vote?**
IF YOU CHECKED "NO" IN RESPONSE TO BOTH OF THESE AGE QUESTIONS, DO NOT SUBMIT THIS FORM.
YOU ARE NOT QUALIFIED TO REGISTER OR PREREGISTER TO VOTE.
☐ Yes ☐ No

**2** Provide your full legal name.

Last Name | Suffix
First Name
Middle Name

**3** Provide your date of birth and identification information.

Date of Birth (MM/DD/YYYY)  __ /__ /__
State or Country of Birth
NC Driver License or NC DMV ID Number
Last 4 Digits of Social Security Number
☐ Check if you do not have a driver license or Social Security number.
State Voter Registration Number (*Optional: To locate, check "Voter Lookup" at www.NCSBE.gov.*)

**4** Provide your residential address - where you physically live.
*Do not enter a P.O. Box or a mail drop location.*

Address Number | Street Name and Type
Address Line 2 (e.g., apartment, lot or unit number)
City | State | Zip Code
County | Have you lived at this address for 30 or more days? ☐ Yes ☐ No | If "No", date moved?

**5** Provide a mailing address.

Do you receive mail at your residential ☐ Yes ☐ No
If "No", you are required to provide a mailing address.
Mailing Address Line 1
Mailing Address Line 2
Mailing Address Line 3
City | State | Zip Code

**No Physical Address?** If you do not have an address, use the space to the right to illustrate where you normally live or sleep. Write in the names of the nearest crossroads (or streets). Draw an **X** on the map to show where you live or usually sleep.

IMPORTANT: You should also provide a valid mailing address above to permit the board of elections to send you a voter card.

NORTH ↑

**6** Provide your demographic information (optional).

Gender: ☐ Male  ☐ Female
Ethnicity: ☐ Not Hispanic/Latino  ☐ Hispanic/Latino
Race: ☐ African American/Black  ☐ American Indian/Alaska Native  ☐ Asian  ☐ Multiracial  ☐ Native Hawaiian/Pacific Islander  ☐ White  ☐ Other

**7** Provide your choice for political party affiliation.

☐ Democratic Party  ☐ Unaffiliated  ☐ Other
☐ Green Party
☐ Libertarian Party
☐ Republican Party

If you select a party that is not recognized in North Carolina, you will be registered as *Unaffiliated*.

**8** Complete if you are currently registered to vote in another NC county or in another state.
*(This information will be used to cancel your previous voter registration in the other county or state.)*

First Name Used in Last Registration | Middle Name Used in Last Registration | Last Name Used in Last Registration | Suffix
Address Where You Were Last Registered | City/State/Zip Code of Last Registration | County of Last Registration

**9** Provide your contact information (optional).
*(This information is helpful if we need to contact you concerning your voter registration. Your telephone number may be disclosed as a public record.)*

Area Code | Phone Number | Email Address | Would you like to be contacted to be a poll worker? ☐ Yes ☐ No

**10** Sign below to attest to your qualifications to vote.
**FRAUDULENTLY OR FALSELY COMPLETING THIS FORM IS A CLASS I FELONY UNDER CHAPTER 163 OF THE NC GENERAL STATUTES.**

I attest, under penalty of perjury, that in addition to having read and understood the contents of this form, that: (1) I am a United States citizen, as indicated above; (2) I am at least 18 years of age, or will be by the date of the general election; or I am at least 16 years old and understand that I must be 18 years old on the day of the general election to vote; I shall have been a resident of North Carolina, this county, and precinct for 30 days before the date of the election in which I intend to vote; (3) I will not vote in any other county or state after submission of this form and if I am registered elsewhere, I am canceling that registration at this time; and (4) I have not been convicted of a felony, or if so, I have completed my sentence (including any probation, post-release supervision, or parole).

**X** _____  _____
Signature Required                              Date

| | APPLICATION INSTRUCTIONS |
|---|---|

*Use this application to: (1) register to vote; (2) preregister to vote if between the ages of 16 and 17; (3) change party affiliation or unaffiliated status; (4) report a change of address within a county; or (5) report a name change.*

### Specific Instructions for Each Numbered Section of the Application:

| | |
|---|---|
| 1 | Indicate whether you are qualified to vote or preregister to vote: (1) you must be a citizen of the United States; (2) you must be at least 18 years of age, or you will be 18 years of age by the next general election and you are voting in the primary, or you must be between the ages of 16 or 17 and desire to preregister to vote; (3) you must have resided in North Carolina and in the precinct in which you present to vote for at least 30 days prior to the election; (4) you have not been convicted of a felony, or if so, you have completed your sentence (including any probation, post-release supervision, or parole). |
| 2 | Provide your full legal name. If your name has changed, this form will be used to update your current voter registration. |
| 3 | You are required to provide your date of birth. If you have a NC driver license or non-operator's identification number, provide this number. If you do not have a NC driver license or ID card, then provide the last four digits of your social security number. If you have neither a NC driver license, NC DMV ID card or a social security number and you are registering to vote for the first time in North Carolina, attach a copy of a current utility bill, bank statement, government check, paycheck, or other government document that shows your name and address to this application. |
| 4 | Provide the address of your residence (where you physically live) as of the date of your application. In this section, do not list a post office address or a location where you *only* receive mail. If you have moved to this residence within the past 30 days, provide the date of your move. If you do not have a traditional address, draw a picture in the space provided on this form of your usual sleeping location. Be descriptive and note any nearby streets or physical buildings. |
| 5 | If you do not receive mail at your residential address, you must provide a mailing address. |
| 6 | This section asks for your gender, race, and ethnicity. You are not required to provide this information. |
| 7 | This section asks that you designate how you would like to be affiliated. You may choose to affiliate with any recognized political party in North Carolina or you may opt to be registered as *Unaffiliated*. If you are applying for new registration in the county and leave the party affiliation section blank, you will be registered as *Unaffiliated.* |
| 8 | If you are currently registered in another North Carolina county or another state, please provide your name and previous address used on that prior registration. This information will be used to cancel your registration in the other county or state. |
| 9 | At your option, provide your phone number and email address. |
| 10 | You must sign this form. Only the person applying for registration is eligible to sign (or place your mark on) this form. If you are applying for new registration in your county of residence, you must mail your original signature on this form. |

**National Voter Registration Act Statement**: If you are submitting this application to an NVRA agency or the North Carolina Division of Motor Vehicles, the location or office where you submitted the application will remain confidential and will be used only for voter registration purposes. Public assistance agencies, disability services agencies, the North Carolina Division of Motor Vehicles, and unemployment services agencies must offer you the opportunity to register to vote at the initial application for service of assistance and during any recertification, renewal or change of address. If you decline to register to vote, the fact that you so declined will also remain confidential. If you would like help completing the voter registration application, the agency will help you. The decision whether to seek or accept help is yours. You may fill out the application form in private and return it to the agency that provided you the form or you may mail or deliver the form to your county board of elections office.

Applying to register or declining to register to vote will not affect the amount of assistance provided. If you believe that someone has interfered with your right to register to vote, or your right to choose your own political party or other political preference, you may file a complaint with the NC State Board of Elections, P.O. Box 27255, Raleigh NC 27611-7255 or you may call the agency at 1-866-522-4723.

**Submitting Your Form:** You must mail or deliver this application in-person with your original signature if you are registering to vote for the first time in your county of residence. If you are changing your name, address or party affiliation within your current county of registration, in addition to mail, you may also fax or email a scanned image of your signed application. If you give your signed application to another person or organization to submit on your behalf, be sure the person or organization can commit to timely submitting your application to the proper board of elections.

Submit this form to:
**NC State Board of Elections**
**P.O. Box 27255**
**Raleigh, NC 27611-7255**
**or to your County Board of Elections Office**

# MAILING ADDRESSES OF COUNTY BOARD OFFICES

**ALAMANCE**
115 SOUTH MAPLE ST
GRAHAM, NC 27253
(336) 570-6755

**ALEXANDER**
PO BOX 326
TAYLORSVILLE, NC 28681
(828) 632-2990

**ALLEGHANY**
PO BOX 65
SPARTA, NC 28675
(336) 372-4557

**ANSON**
PO BOX 768
WADESBORO, NC 28170
(704) 994-3223

**ASHE**
150 GOVERNMENT CIR, STE 2100
JEFFERSON, NC 28640
(336) 846-5570

**AVERY**
PO BOX 145
NEWLAND, NC 28657
(828) 733-8282

**BEAUFORT**
PO BOX 1016
WASHINGTON, NC 27889
(252) 946-2321

**BERTIE**
PO BOX 312
WINDSOR, NC 27983
(252) 794-5306

**BLADEN**
PO BOX 512
ELIZABETHTOWN, NC 28337
(910) 862-6951

**BRUNSWICK**
PO BOX 2
BOLIVIA, NC 28422
(910) 253-2620

**BUNCOMBE**
PO BOX 7468
ASHEVILLE, NC 28802
(828) 250-4200

**BURKE**
PO BOX 798
MORGANTON, NC 28680-0798
(828) 764-9010

**CABARRUS**
PO BOX 1315
CONCORD, NC 28026-1315
(704) 920-2860

**CALDWELL**
PO BOX 564
LENOIR, NC 28645
(828) 757-1326

**CAMDEN**
PO BOX 206
CAMDEN, NC 27921-0206
(252) 338-5530

**CARTERET**
1702 LIVE OAK ST, STE 200
BEAUFORT, NC 28516-1898
(252) 728-8460

**CASWELL**
PO BOX 698
YANCEYVILLE, NC 27379
(336) 694-4010

**CATAWBA**
PO BOX 132
NEWTON, NC 28658-0389
(828) 464-2424

**CHATHAM**
PO BOX 111
PITTSBORO, NC 27312
(919) 545-8500

**CHEROKEE**
40 PEACHTREE ST
MURPHY, NC 28906
(828) 837-6670

**CHOWAN**
PO BOX 133
EDENTON, NC 27932
(252) 482-4010

**CLAY**
54 CHURCH ST
HAYESVILLE, NC 28904
(828) 389-6812

**CLEVELAND**
PO BOX 1299
SHELBY, NC 281511299
(704) 484-4858

**COLUMBUS**
PO BOX 37
WHITEVILLE, NC 28472
(910) 640-6609

**CRAVEN**
406 CRAVEN ST
NEW BERN, NC 28560
(252) 636-6610

**CUMBERLAND**
227 FOUNTAINHEAD LN, STE 101
FAYETTEVILLE, NC 28301
(910) 678-7733

**CURRITUCK**
PO BOX 177
CURRITUCK, NC 27929
(252) 232-2525

**DARE**
PO BOX 1000
MANTEO, NC 27954
(252) 475-5631

**DAVIDSON**
PO BOX 1084
LEXINGTON, NC 27293-1084
(336) 242-2190

**DAVIE**
161 POPLAR ST, STE 102
MOCKSVILLE, NC 27028-2225
(336) 753-6072

**DUPLIN**
PO BOX 975
KENANSVILLE, NC 28349
(910) 296-2170

**DURHAM**
PO BOX 868
DURHAM, NC 27702
(919) 560-0700

**EDGECOMBE**
PO BOX 10
TARBORO, NC 27886
(252) 641-7852

**FORSYTH**
201 N. CHESTNUT ST
WINSTON SALEM, NC 27101-4120
(336) 703-2800

**FRANKLIN**
PO BOX 180
LOUISBURG, NC 27549
(919) 496-3898

**GASTON**
PO BOX 1396
GASTONIA, NC 28053
(704) 852-6005

**GATES**
PO BOX 621
GATESVILLE, NC 27938
(252) 357-1780

**GRAHAM**
PO BOX 1239
ROBBINSVILLE, NC 28771
(828) 479-7969

**GRANVILLE**
PO BOX 83
OXFORD, NC 27565-0083
(919) 693-2515

**GREENE**
110 SE FIRST ST
SNOW HILL, NC 28580
(252) 747-5921

**GUILFORD**
PO BOX 3427
GREENSBORO, NC 27402
(336) 641-3836

**HALIFAX**
PO BOX 101
HALIFAX, NC 27839
(252) 583-4391

**HARNETT**
PO BOX 356
LILLINGTON, NC 27546
(910) 893-7553

**HAYWOOD**
63 ELMWOOD WAY, STE A
WAYNESVILLE, NC 28786
(828) 452-6633

**HENDERSON**
PO BOX 2090
HENDERSONVILLE, NC 28793
(828) 697-4970

**HERTFORD**
PO BOX 355
AHOSKIE, NC 27910
(252) 358-7812

**HOKE**
PO BOX 1565
RAEFORD, NC 28376-1565
(910) 875-8751

**HYDE**
PO BOX 152
SWAN QUARTER, NC 27885
(252) 926-4194

**IREDELL**
203 STOCKTON ST
STATESVILLE, NC 28677
(704) 878-3140

**JACKSON**
876 SKYLAND DR, STE 1
SYLVA, NC 28779
(828) 586-7538

**JOHNSTON**
PO BOX 1172
SMITHFIELD, NC 27577
(919) 989-5095

**JONES**
367-B HWY 58-S
TRENTON, NC 28585
(252) 448-3921

**LEE**
PO BOX 1443
SANFORD, NC 27331
(919) 718-4646

**LENOIR**
PO BOX 3503
KINSTON, NC 28502-3503
(252) 523-0636

**LINCOLN**
451 SALEM CHURCH RD LINCOLNTON, NC 28092
(704) 736-8480

**MACON**
5 WEST MAIN ST, FL 1
FRANKLIN, NC 28734
(828) 349-2034

**MADISON**
PO BOX 142
MARSHALL, NC 28753
(828) 649-3731

**MARTIN**
PO BOX 801
WILLIAMSTON, NC 27892
(252) 789-4317

**MCDOWELL**
PO BOX 1509
MARION, NC 28752
(828) 659-0834

**MECKLENBURG**
PO BOX 31788
CHARLOTTE, NC 28231-1788
(704) 336-2133

**MITCHELL**
11 N MITCHELL AVE, RM 108
BAKERSVILLE, NC 28705
(828) 688-3101

**MONTGOMERY**
PO BOX 607
TROY, NC 27371
(910) 572-2024

**MOORE**
POST OFFICE BOX 787
CARTHAGE, NC 28327
(910) 947-3868

**NASH**
PO BOX 305
NASHVILLE, NC 27856
(252) 459-1350

**NEW HANOVER**
1241A MILITARY CUTOFF ROAD
WILMINGTON, NC 28405
(910) 798-7330

**NORTHAMPTON**
PO BOX 603
JACKSON, NC 27845
(252) 534-5681

**ONSLOW**
246 GEORGETOWN RD JACKSONVILLE, NC 28540
(910) 455-4484

**ORANGE**
PO BOX 220
HILLSBOROUGH, NC 27278
(919) 245-2350

**PAMLICO**
PO BOX 464
BAYBORO, NC 28515
(252) 745-4821

**PASQUOTANK**
PO BOX 1797
ELIZABETH CITY, NC 27906
(252) 335-1739

**PENDER**
PO BOX 1232
BURGAW, NC 28425
(910) 259-1220

**PERQUIMANS**
PO BOX 336
HERTFORD, NC 27944
(252) 426-5598

**PERSON**
331 SOUTH MORGAN ST
ROXBORO, NC 27573-5223
(336) 597-1727

**PITT**
PO BOX 56
GREENVILLE, NC 27835-0056
(252) 902-3300

**POLK**
PO BOX 253
COLUMBUS, NC 28722
(828) 894-8181

**RANDOLPH**
1457 N. FAYETTEVILLE ST
ASHEBORO, NC 27203
(336) 318-6900

**RICHMOND**
PO BOX 1843
ROCKINGHAM, NC 28380
(910) 997-8253

**ROBESON**
PO BOX 2159
LUMBERTON, NC 28359
(910) 671-3080

**ROCKINGHAM**
PO BOX 22
WENTWORTH, NC 27375
(336) 342-8107

**ROWAN**
1935 JAKE ALEXANDER BLVD W, STE D10
SALISBURY, NC 28147
(704) 216-8140

**RUTHERFORD**
PO BOX 927
RUTHERFORDTON, NC 28139
(828) 287-6030

**SAMPSON**
120 COUNTY COMPLEX RD, STE 110
CLINTON, NC 28328
(910) 592-5796

**SCOTLAND**
231 EAST CRONLY ST, STE 305
LAURINBURG, NC 28352
(910) 277-2595

**STANLY**
PO BOX 1309
ALBEMARLE, NC 28002
(704) 986-3647

**STOKES**
PO BOX 34
DANBURY, NC 27016
(336) 593-2409

**SURRY**
PO BOX 372
DOBSON, NC 27017
(336) 401-8225

**SWAIN**
PO BOX 133
BRYSON CITY, NC 28713
(828) 488-6177

**TRANSYLVANIA**
PO BOX 868
BREVARD, NC 28712
(828) 884-3114

**TYRRELL**
PO BOX 449
COLUMBIA, NC 27925
(252) 796-0775

**UNION**
PO BOX 1106
MONROE, NC 28111-1106
(704) 283-3809

**VANCE**
300 S. GARNETT ST, STE C
HENDERSON, NC 27536
(252) 492-3730

**WAKE**
PO BOX 695
RALEIGH, NC 27602-0695
(919) 404-4040

**WARREN**
PO BOX 803
WARRENTON, NC 27589
(252) 257-2114

**WASHINGTON**
PO BOX 1007
PLYMOUTH, NC 27962-1007
(252) 793-6017

**WATAUGA**
PO BOX 528
BOONE, NC 28607
(828) 265-8061

**WAYNE**
309 E. CHESTNUT ST
GOLDSBORO, NC 27530
(919) 731-1411

**WILKES**
110 NORTH ST, RM 315
WILKESBORO, NC 28697
(336) 651-7339

**WILSON**
PO BOX 2121
WILSON, NC 27894-2121
(252) 399-2836

**YADKIN**
PO BOX 877
YADKINVILLE, NC 27055
(336) 849-7907

**YANCEY**
PO BOX 763
BURNSVILLE, NC 28714
(828) 682-3950