# EXHIBIT 1

Home  >  News  >  Press Releases  >  Back-To-Back Lawsuits: RNC Sues North Carolina State Board Of Elections

**PRESS RELEASE**

# BACK-TO-BACK LAWSUITS: RNC SUES NORTH CAROLINA STATE BOARD OF ELECTIONS

AUG 26, 2024

WASHINGTON – For the second time in the last week, the RNC and NCGOP sued the North Carolina State Board of Elections (NCSBE) – this time for failing to require identification to prove citizenship. By violating Help America Vote Act (HAVA) and not checking the identification of approximately 225,000 voters, the agency is opening the door for non-citizens to vote.

RNC Chairman Michael Whatley stated: "The NCSBE has once again failed in its mandate to keep non-citizens off the voter rolls, fueling distrust and jeopardizing our elections. We are committed to the basic principle – and commonsense law – that only Americans decide American elections. Deliberately failing to follow the law, right before our country's most important election, is inexcusable. We will fight every day to ensure that NCSBE follows the law, cleans the voter rolls, and protects the vote for North Carolinians."

NCGOP Chairman Jason Simmons stated: "This State Board continually has problems ensuring voter rolls only have verified citizens. This lawsuit will remedy their ongoing refusal to collect the required information from those who want to take part in North Carolina elections. Accountability and fidelity to following the rule of law is long overdue for the most partisan Elections Board in state history."

Background:

- The NCSBE formerly used a voter registration form that failed to require HAVA-required identification information, such as a driver's license number or the last four digits of a Social Security Number.
- The NCSBE admitted the form was non-compliant with HAVA and eventually fixed it.
- But in the meantime, approximately 225,000 people registered without supplying the HAVA-required information.
- The NCSBE has refused to take remedial action, and did not reach out to these voters to collect the required information. The agency has offered a half-hearted promise to North Carolinians that those ineligible to register, but were allowed to anyways, will naturally filter themselves out.
- The NCSBE needs to be held accountable and do their job – we are taking action to ensure that only citizens and legal voters cast a ballot in November.
- Last week, we also sued the NCSBE for failing to check jury questionnaire responses to identify and remove non-citizens from the voter rolls, as required by law.

Read the filing HERE.

## CONNECT

### Republican National Committee

### Chairman Michael Whatley

### Co-Chair Lara Trump



© Copyright 2024 All Rights Reserved - Privacy Policy - Contact Us

By providing your phone number, you are consenting to receive calls and recurring SMS/MMS messages, including artificial, pre-recorded, autodialed and automated calls and texts, to that number from the Republican National Committee. Msg&data rates may apply. Reply HELP for help, STOP to end. Terms & conditions/privacy policy apply. Terms & Conditions

Paid for by the Republican National Committee. Not Authorized By Any Candidate Or Candidate's Committee. www.gop.com