| STATE OF NORTH CAROLINA | IN THE GENERAL COURT OF JUSTICE |
| --- | --- |
| | SUPERIOR COURT DIVISION |
| COUNTY OF WAKE | 24CV027855-910 |

| VIRGINIA WASSERBERG, REPUBLICAN NATIONAL COMMITTEE and NORTH CAROLINA REPUBLICAN PARTY | |
| --- | --- |
| Plaintiffs, | STATE BOARD DEFENDANTS' NOTICE OF REMOVAL |
| v. | |
| NORTH CAROLINA STATE BOARD OF ELECTIONS, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 1446(d), State Board Defendants give notice to Plaintiffs that they are filing a notice of removal of the above-captioned civil action from the North Carolina Superior Court for Wake County to the United States District Court for the Eastern District of North Carolina. A copy of that notice and the exhibits to it are being filed along with this notice. State Board Defendants also request that this Court forward to the U.S. District Court a complete copy of the state court file.

Respectfully submitted this the 11th day of October, 2024.

    NORTH CAROLINA
    DEPARTMENT OF JUSTICE

    /s/ Laura H. McHenry
    Laura H. McHenry
    Special Deputy Attorney General
    N.C. State Bar No. 45005
    Email: lmchenry@ncdoj.gov
    North Carolina Dept. of Justice
    Post Office Box 629
    Raleigh, N.C. 27602
    Tele No.: (919) 716-6900
    Fax No.: (919) 716-6763
    *Counsel for State Board Defendants*

CERTIFICATE OF SERVICE

This is to certify that the undersigned has this day served the foregoing NOTICE OF REMOVAL in the above-titled action upon all parties to this cause by electronic mail as follows:

BAKER DONELSON BEARMAN,
CALDWELL & BERKOWITZ, PC
John E. Branch III
Thomas G. Hooper
2235 Gateway Access Point, Suite 220
Raleigh, NC 27607
Ph: (984) 844-7900
jbranch@bakerdonelson.com
thooper@bakerdonelson.com

*Counsel for Plaintiffs*

PATTERSON HARKAVY LLP
Narendra K. Ghosh
100 Europa Drive, Suite 420
Chapel Hill, NC 27217
Ph: (919) 942-5200
nghosh@pathlaw.com

ELIAS LAW GROUP LLP
Uzoma Nkwonta
Justin Baxenberg
Richard A. Medina
Julie Zuckerbrod
250 Massachusetts Ave, Suite 400
Washington, D.C. 20001
Ph: (202) 968-4490
unkwonta@elias.law
jbaxenberg@elias.law
rmedina@elias.law
jzuckerbrod@elias.law

*Attorneys for Proposed Intervenor Defendant*

This the 11th day of October, 2024.

/s/ Laura H. McHenry
Laura H. McHenry
Special Deputy Attorney General