| | |
|---|---|
| STATE OF NORTH CAROLINA<br><br>COUNTY OF WAKE | IN THE GENERAL COURT OF JUSTICE<br>SUPERIOR COURT DIVISION<br>24CV026995-910 |
| REPUBLICAN NATIONAL COMMITTEE; and NORTH CAROLINA REPUBLICAN PARTY,<br><br>      Plaintiffs,<br><br> v.<br><br>NORTH CAROLINA STATE BOARD OF ELECTIONS' KAREN BRINSON BELL, in her official capacity as Executive Director of the North Carolina State Board of Elections; ALAN HIRSCH, in his official capacity as Chair of the North Carolina State Board of Elections; JEFF CARMON, in his official capacity as Secretary of the North Carolina State Board of Elections; STACY EGGERS IV, KEVIN N. LEWIS, and SIOBHAN O'DUFFY MILLEN, in their official capacities as members of the North Carolina State Board of Elections,<br><br>      Defendants,<br><br> and<br><br>THE DEMOCRATIC NATIONAL COMMITTEE,<br><br>      Intervenor-Defendant. | **STATE BOARD DEFENDANTS'<br>NOTICE OF REMOVAL** |

   Pursuant to 28 U.S.C. § 1446(d), State Board Defendants give notice to Plaintiffs that they are filing a notice of removal of the above-captioned civil action from the North Carolina Superior Court for Wake County to the United States District Court for the Eastern District of North Carolina. A copy of that notice and the exhibits to it are being filed along with this notice. State Board Defendants also request that this Court forward to the U.S. District Court a complete copy of the state court file.

1

Respectfully submitted, this 23rd day of September 2024.

/s/ Mary Carla Babb
Mary Carla Babb
Special Deputy Attorney General
N.C. State Bar No. 25731
MCBabb@ncdoj.gov

Terence Steed
Special Deputy Attorney General
N.C. State Bar No. 52809
TSteed@ncdoj.gov

North Carolina Department of Justice
P.O. Box 629
Raleigh, NC 27602
Phone: 919-716-6900
Fax: 919-716-6758

*Counsel for State Board Defendants*

# CERTIFCATE OF SERVICE

This is to certify that the undersigned has this day served the foregoing NOTICE OF APPEARANCE in the above-titled action upon all parties to this cause by electronic mail as follows:

John E. Branch III
Thomas G. Hooper
Baker Donelson Bearman, Caldwell Berkowitz, PC
2235 Gateway Access Point, Suite 220
Raleigh, NC 27607
(984) 844-7900
jbranch@bakerdonelson.com
thooper@bakerdonelson.com

Phillip J. Strach
Jordan A. Koonts
Nelson Mullins Riley Scarborough LLP
301 Hillsborough Street, Suite 1400
Raleigh, NC 27603
(919) 329-3800
phil.strach@nelsonmullins.com
jordan.koonts@nelsonmullins.com

*Counsel for Plaintiffs*

Jim W. Phillips, Jr.
Shana L. Fulton
William A. Robertson
James W. Whalen
Brooks, Pierce, McLendon, Humphrey & Leonard, LLP
150 Fayetteville Street
1700 Wells Fargo Capitol Center
Raleigh, N.C. 27601
(919) 839-0300
jphillips@brookspierce.com
sfulton@brookspierce.com
wrobertson@brookspierce.com
jwhalen@brookspierce.com

Seth P. Waxman
Daniel Volchok
Christopher E. Babbitt
Gary M. Fox
Joseph M. Meyer

Jane Kessner
Nitisha Baronia
Wilmer Cutler Pickering Hale and Door LLP
2100 Pennsylvania Avenue N.W.
Washington, D.C. 20037
(202) 663-6000
seth.waxman@wilmerhale.com
daniel.volchok@wilmerhale.com
christopher.babbitt@wilmerhale.com
gary.fox@wilmerhale.com
jane.kessner@wilmerhale.com
nitisha.baronia@wilmerhale.com
joseph.meyer@wilmerhale.com

*Counsel for Intervenor-Defendant Democratic National Committee*

Lee Rubin
Mayer Brown LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real Palo Alto, CA 94306-2112 (650) 331-2000
lrubin@mayerbrown.com

Rachel J. Lamorte
Catherine Medvene
Mayer Brown LLP
1999 Street, NW
Washington, DC 20006-1101
(202) 263-3000
rlamorte@mayerbrown.com
cmedvene@mayerbrown.com

Jordan Hilton
Mayer Brown LLP
201 S. Main Street, Suite 1100
Salt Lake City, UT 84111
(801) 907-2717
jhilton@mayerbrown.com

Harsha Tolappa
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
htolappa@mayerbrown.com

Hilary H. Klein

Jeffrey Loperfido
Christopher Shenton
Southern Coalition for Social Justice
5517 Durham Chapel Hill Blvd.
Durham, NC 27707
(919) 794-4213
hilaryhklein@scsj.org
jeffloperfido@scsj.org
chrisshenton@scsj.org

Ezra D. Rosenberg
Jennifer Nwachukwu
Pooja Chaudhuri
Javon Davis
Lawyers' Committee for Civil Rights Under Law
1500 Street, NW, Ste. 900
Washington DC, 20005
(202) 662-8600
erosenberg@lawyerscommittee.org
Jowachukwu@lawyerscommittee.org
pchaudhuri@lawyerscommittee.org
jdavis@lawyerscommittee.org

*Counsel for Proposed Intervenor Defendants North Carolina State Conference of the NAACP and Jackson Sailor Jones*

This the 23rd day of September, 2024.

/s/ Mary Carla Babb
Mary Carla Babb
Special Deputy Attorney Genera