UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE, et al., <br>     Plaintiffs, <br><br> vs. <br><br> NORTH CAROLINA STATE BOARD OF ELECTIONS, et al., <br>     Defendants. | **JUDGMENT** <br> **5:24-CV-547-M-RJ** |

**Decision by Court.**

**This action came before the Honorable Richard E. Myers II, Chief United States District Judge, for ruling as follows:**

**IT IS ORDERED, ADJUDGED, AND DECREED** that in accordance with the court's Order entered on October 17, 2024 [DE 58], Count One is DISMISSED WITH PREJUDICE, and the court exercises its inherent authority to REMAND Count Two to state court.

This Judgment filed and entered on October 17, 2024, and copies to:
Counsel of record for the parties (via CM/ECF Electronic Notification)

October 17, 2024

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Kimberly R. McNall
Deputy Clerk