IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE and NORTH CAROLINA REPUBLICAN PARTY,<br><br>*Plaintiffs*,<br><br>v.<br><br>NORTH CAROLINA STATE BOARD OF ELECTIONS; KAREN BRINSON BELL, in her official capacity as Executive Director of the North Carolina State Board of Elections; ALAN HIRSCH, in his official capacity as Chair of the North Carolina State Board of Elections; JEFF CARMON, in his official capacity as Secretary of the North Carolina State Board of Elections; STACY EGGERS IV, KEVIN N. LEWIS, and SIOBHAN O'DUFFY MILLEN, in their official capacities as members of the North Carolina State Board of Elections,<br><br>*Defendants*,<br><br>and<br><br>DEMOCRATIC NATIONAL COMMITTEE,<br><br>*Intervenor-Defendant*. | Case No. 5:24-cv-547-M-RJ |

## INTERVENOR-DEFENDANT DEMOCRATIC NATIONAL COMMITTEE'S NOTICE OF APPEAL

Pursuant to Rule 3 of the Federal Rules of Appellate Procedure, Intervenor-Defendant Democratic National Committee appeals to the United States Court of Appeals for the Fourth Circuit from the respective portions of this Court's Order (DE 58) and Judgment (DE 59), both entered on October 17, 2024, to remand Count Two of Plaintiffs'

Complaint to the North Carolina state court predicated on the Court's decision to exercise its inherent authority to do so.

| October 18, 2024 | Respectfully submitted, |
|---|---|
| /s/ Seth P. Waxman | /s/ Jim W. Phillips, Jr. |
| SETH P. WAXMAN* | JIM W. PHILLIPS, JR. |
| DANIEL S. VOLCHOK* | N.C. BAR NO. 12516 |
| CHRISTOPHER E. BABBITT* | SHANA L. FULTON |
| GARY M. FOX* | N.C. BAR NO. 27836 |
| JOSEPH M. MEYER* | ERIC M. DAVID |
| JANE KESSNER* | N.C. BAR NO. 38118 |
| NITISHA BARONIA* | WILLIAM A. ROBERTSON |
| WILMER CUTLER PICKERING HALE AND DORR LLP | N.C. BAR NO. 53589 |
| | JAMES W. WHALEN |
| 2100 Pennsylvania Avenue N.W. | N.C. Bar No. 58477 |
| Washington, D.C. 20037 | BROOKS, PIERCE, MCLENDON HUMPHREY & LEONARD, LLP |
| Phone: (202) 663-6000 | 150 Fayetteville Street |
| Fax: (202) 663-6363 | 1700 Wells Fargo Capitol Center |
| seth.waxman@wilmerhale.com | Raleigh, N.C. 27601 |
| daniel.volchok@wilmerhale.com | Phone: (919) 839-0300 |
| christopher.babbitt@wilmerhale.com | Fax: (919) 839-0304 |
| gary.fox@wilmerhale.com | jphillips@brookspierce.com |
| joseph.meyer@wilmerhale.com | sfulton@brookspierce.com |
| jane.kessner@wilmerhale.com | edavid@brookspierce.com |
| nitisha.baronia@wilmerhale.com | wrobertson@brookspierce.com |
| | jwhalen@brookspierce.com |

* Local Rule 83.1(e) special appearance.