FILED: October 18, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-2044
(5:24-cv-00547-M-RJ)

_____

REPUBLICAN NATIONAL COMMITTEE; NORTH CAROLINA REPUBLICAN PARTY

      Plaintiffs - Appellees

v.

NORTH CAROLINA STATE BOARD OF ELECTIONS; KAREN BRINSON BELL, in her official capacity as Executive Director of the North Carolina State Board of Elections; ALAN HIRSCH, in his official capacity as Chair of the North Carolina State Board of Elections; JEFF CARMON, in his official capacity as Secretary of the North Carolina State Board of Elections; STACY EGGERS, IV, in their official capacities as Members of the North Carolina State Board of Elections; KEVIN N. LEWIS, in their official capacities as Members of the North Carolina State Board of Elections; SIOBHAN O'DUFFY MILLEN, in their official capacities as Members of the North Carolina State Board of Elections

      Defendants - Appellants

and

DEMOCRATIC NATIONAL COMMITTEE

      Intervenor/Defendant

_____

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of North Carolina at Raleigh |
| Originating Case Number | 5:24-cv-00547-M-RJ |
| Date notice of appeal filed in originating court: | 10/18/2024 |
| Appellants | Karen Brinson Bell, Jeff Carmon, Stacy Eggers, IV, Alan Hirsch, Kevin N. Lewis, Siobhan O'Duffy Millen and North Carolina State Board of Elections |
| Appellate Case Number | 24-2044 |
| Case Manager | Taylor Barton<br>804-916-2702 |