FILED: October 18, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-2044 (L)
(5:24-cv-00547-M-RJ)

_____

REPUBLICAN NATIONAL COMMITTEE; NORTH CAROLINA REPUBLICAN PARTY

       Plaintiffs - Appellees

v.

NORTH CAROLINA STATE BOARD OF ELECTIONS; KAREN BRINSON BELL, in her official capacity as Executive Director of the North Carolina State Board of Elections; ALAN HIRSCH, in his official capacity as Chair of the North Carolina State Board of Elections; JEFF CARMON, in his official capacity as Secretary of the North Carolina State Board of Elections; STACY EGGERS, IV, in their official capacities as Members of the North Carolina State Board of Elections; KEVIN N. LEWIS, in their official capacities as Members of the North Carolina State Board of Elections; SIOBHAN O'DUFFY MILLEN, in their official capacities as Members of the North Carolina State Board of Elections

       Defendants - Appellants

 and

DEMOCRATIC NATIONAL COMMITTEE

       Intervenor/Defendant

_____

No. 24-2045
(5:24-cv-00547-M-RJ)

_____

REPUBLICAN NATIONAL COMMITTEE; NORTH CAROLINA REPUBLICAN PARTY

    Plaintiffs - Appellees

v.

DEMOCRATIC NATIONAL COMMITTEE

    Intervenor/Defendant - Appellant

and

NORTH CAROLINA STATE BOARD OF ELECTIONS; KAREN BRINSON BELL, in her official capacity as Executive Director of the North Carolina State Board of Elections; ALAN HIRSCH, in his official capacity as Chair of the North Carolina State Board of Elections; JEFF CARMON, in his official capacity as Secretary of the North Carolina State Board of Elections; STACY EGGERS, IV, in their official capacities as Members of the North Carolina State Board of Elections; KEVIN N. LEWIS, in their official capacities as Members of the North Carolina State Board of Elections; SIOBHAN O'DUFFY MILLEN, in their official capacities as Members of the North Carolina State Board of Elections

    Defendants

_____

O R D E R

_____

The court consolidates Case No. 24-4044 and Case No. 24-4045. Entry of appearance forms and disclosure statements filed by counsel and parties to the lead

case are deemed filed in the secondary case.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk