FILED: October 23, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-2044 (L)
(5:24-cv-00547-M-RJ)

_____

REPUBLICAN NATIONAL COMMITTEE; NORTH CAROLINA REPUBLICAN PARTY

      Plaintiffs - Appellees

v.

NORTH CAROLINA STATE BOARD OF ELECTIONS; KAREN BRINSON BELL, in her official capacity as Executive Director of the North Carolina State Board of Elections; ALAN HIRSCH, in his official capacity as Chair of the North Carolina State Board of Elections; JEFF CARMON, in his official capacity as Secretary of the North Carolina State Board of Elections; STACY EGGERS, IV, in their official capacities as Members of the North Carolina State Board of Elections; KEVIN N. LEWIS, in their official capacities as Members of the North Carolina State Board of Elections; SIOBHAN O'DUFFY MILLEN, in their official capacities as Members of the North Carolina State Board of Elections

      Defendants - Appellants

 and

DEMOCRATIC NATIONAL COMMITTEE

      Intervenor/Defendant

_____

No. 24-2045
(5:24-cv-00547-M-RJ)

_____

REPUBLICAN NATIONAL COMMITTEE; NORTH CAROLINA REPUBLICAN PARTY

      Plaintiffs - Appellees

v.

DEMOCRATIC NATIONAL COMMITTEE

      Intervenor/Defendant - Appellant

and

NORTH CAROLINA STATE BOARD OF ELECTIONS; KAREN BRINSON BELL, in her official capacity as Executive Director of the North Carolina State Board of Elections; ALAN HIRSCH, in his official capacity as Chair of the North Carolina State Board of Elections; JEFF CARMON, in his official capacity as Secretary of the North Carolina State Board of Elections; STACY EGGERS, IV, in their official capacities as Members of the North Carolina State Board of Elections; KEVIN N. LEWIS, in their official capacities as Members of the North Carolina State Board of Elections; SIOBHAN O'DUFFY MILLEN, in their official capacities as Members of the North Carolina State Board of Elections

      Defendants

_____

O R D E R

_____

In light of the Court's grant of the motions to expedite and to accelerate case processing in these consolidated appeals, the Court extends the existing

administrative stay through 11:59 p.m. on October 28, 2024

For the Court

/s/ Nwamaka Anowi, Clerk