FILED: October 29, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-2044 (L)
(5:24-cv-00547-M-RJ)

_____

REPUBLICAN NATIONAL COMMITTEE; NORTH CAROLINA REPUBLICAN PARTY

   Plaintiffs - Appellees

v.

NORTH CAROLINA STATE BOARD OF ELECTIONS; KAREN BRINSON BELL, in her official capacity as Executive Director of the North Carolina State Board of Elections; ALAN HIRSCH, in his official capacity as Chair of the North Carolina State Board of Elections; JEFF CARMON, in his official capacity as Secretary of the North Carolina State Board of Elections; STACY EGGERS, IV, in their official capacities as Members of the North Carolina State Board of Elections; KEVIN N. LEWIS, in their official capacities as Members of the North Carolina State Board of Elections; SIOBHAN O'DUFFY MILLEN, in their official capacities as Members of the North Carolina State Board of Elections

   Defendants - Appellants

 and

DEMOCRATIC NATIONAL COMMITTEE

   Intervenor/Defendant

------------------------------

JACKSON SAILOR JONES; BERTHA LEVERETTE; NORTH CAROLINA STATE CONFERENCE OF THE NAACP

   Amici Supporting Appellant

_____

No. 24-2045
(5:24-cv-00547-M-RJ)

_____

REPUBLICAN NATIONAL COMMITTEE; NORTH CAROLINA REPUBLICAN PARTY

    Plaintiffs - Appellees

v.

DEMOCRATIC NATIONAL COMMITTEE

    Intervenor/Defendant - Appellant

and

NORTH CAROLINA STATE BOARD OF ELECTIONS; KAREN BRINSON BELL, in her official capacity as Executive Director of the North Carolina State Board of Elections; ALAN HIRSCH, in his official capacity as Chair of the North Carolina State Board of Elections; JEFF CARMON, in his official capacity as Secretary of the North Carolina State Board of Elections; STACY EGGERS, IV, in their official capacities as Members of the North Carolina State Board of Elections; KEVIN N. LEWIS, in their official capacities as Members of the North Carolina State Board of Elections; SIOBHAN O'DUFFY MILLEN, in their official capacities as Members of the North Carolina State Board of Elections

    Defendants

_____

J U D G M E N T

_____

In accordance with the decision of this court, the judgment of the district court is reversed. This case is remanded to the district court for further proceedings

consistent with the court's decision.

    This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

                                                    /s/ NWAMAKA ANOWI, CLERK