IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-cv-00547-M

REPUBLICAN NATIONAL COMMITTEE; and )
NORTH CAROLINA REPUBLICAN PARTY, )
        Plaintiffs, )
v. )
NORTH CAROLINA STATE BOARD OF )
ELECTIONS, et al., )    **ORDER**
        Defendants, )
and )
THE DEMOCRATIC NATIONAL COMMITTEE, )
        Intervenor-Defendant. )

This matter comes before the Court upon a motion by State Board Defendants, with consent of Plaintiffs and Intervenor-Defendant the Democratic National Committee, for a thirty-day extension of the time within which to hold the meeting required by Rule 26(f) of the Federal Rules of Civil Procedure, as provided for in the Court's Order for Discovery Plan. [D.E. 74].

For good cause having been shown, the motion is allowed, and it is hereby ORDERED that the Rule 26(f) meeting shall occur on or before January 27, 2025.

So ORDERED this 26th day of December 2024.

Robert B. Jones, Jr.
United States Magistrate Judge