IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DISTRICT
No. 5:24-cv-00547

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE; and NORTH CAROLINA REPUBLICAN PARTY, <br><br> Plaintiffs, <br><br> v. <br><br> NORTH CAROLINA STATE BOARD OF ELECTIONS; KAREN BRINSON BELL, in her official capacity as Executive Director of the North Carolina State Board of Elections; ALAN HIRSCH, in his official capacity as Chair of the North Carolina State Board of Elections; JEFF CARMON, in his official capacity as Secretary of the North Carolina State Board of Elections; STACY EGGERS IV, KEVIN N. LEWIS, and SIOBHAN O'DUFFY MILLEN, in their official capacities as members of the North Carolina State Board of Elections, <br><br> Defendants, <br><br> and <br><br> THE DEMOCRATIC NATIONAL COMMITTEE, <br><br> Intervenor-Defendant. | **NOTICE OF WITHDRAWAL OF GOVERNMENTAL COUNSEL FOR DEFENDANTS** <br><br> **Local Civil Rule 5.2(d)** |

NOW COMES the undersigned, Mary Carla Babb, Special Deputy Attorney General, for the purpose of giving the court notice of withdrawal of governmental counsel pursuant to Rule 5.2(d) of the Local Rules of Civil Practice for the Eastern District of North Carolina to withdraw Sarah Boyce as attorney for Defendants North Carolina State Board of Elections, Karen Brinson Bell, Alan Hirsch, Jeff Carmon, Stacy Eggers, IV, Kevin N. Lewis, and Siobhan O'Duffy Millen, in this case. As of Wednesday, January 1, 2025, Sarah Boyce is no longer with the N. C. Department of Justice and is no longer associated with this case. This withdrawal will not result

in any prejudice, as all other governmental attorneys of record, including the undersigned, for Defendants North Carolina State Board of Elections, its members, and its Executive Director, will remain the same.

Electronically submitted, this the 9th day of January, 2025.

NORTH CAROLINA
DEPARTMENT OF JUSTICE

/s/ Mary Carla Babb
Mary Carla Babb
Special Deputy Attorney General
N.C. State Bar No. 25731
Email: mcbabb@ncdoj.gov

North Carolina Department of Justice
Post Office Box 629
Raleigh, North Carolina 27602
Phone: 919-716-6900
Fax: 919-716-6758

*Counsel for State Board Defendants*