IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:24-CV-547-M

REPUBLICAN NATIONAL COMMITTEE,
*et al.*,

    Plaintiffs,

v.

KAREN BRINSON BELL, *in her official capacity as Executive Director of the North Carolina State Board of Elections, et al.*,

    Defendants.

**SCHEDULING ORDER**

This matter is before the court on the parties' joint Rule 26(f) report ("discovery plan"). [DE-79]. The discovery plan is APPROVED AND ORDERED, as modified herein, with the following critical deadlines:

1. Initial disclosures under Rule 26(a)(1) are due by **February 24, 2025**;

2. Motions to amend the pleadings and to join additional parties are due from Plaintiffs by no later than **March 26, 2025**; and from Defendants by no later than **April 25, 2025**;

3. Disclosure of expert witnesses and reports under Fed. R. Civ. P. 26(a)(2) are due from Plaintiffs by no later than **July 29, 2025**; from Defendants and Intervenor-Defendants by no later than **August 28, 2025**; and from rebuttal experts by no later than **September 11, 2025**;

4. All discovery shall be completed by **October 13, 2025**;

5. All potentially dispositive motions shall be filed no later than **November 12, 2025**; and

6. The final pretrial conference is set for **February 10, 2026**, and the trial is set for the **February 24, 2026** term of court before Chief United States District Judge Richard E. Myers II in Wilmington, North Carolina. If the trial and/or pretrial conference dates create conflicts for any party, the court will entertain motions to

continue, and the date(s) may be changed as needed depending on the court's and parties' schedules.

Any party making an appearance after this Scheduling Order has been entered shall be required to confer with opposing counsel within **twenty-one (21) days** after the party's appearance in the case. Such party shall be bound by the terms of this order unless the party moves for and obtains amendment of this order by the court.

Supplementations shall be made in accordance with Fed. R. Civ. P. 26(e).

The parties are cautioned not to be dilatory in pursuing discovery. Motions for extension of discovery deadlines are not favored if they would require a continuance of the trial, and any deadline set in this order may only be modified upon a showing of good cause with leave of court pursuant to Fed. R. Civ. P. 16(b)(4).

In preparation for the final pretrial conference, the parties shall adhere to the following deadlines set forth in Local Civil Rule 16.1(b):

1. At least 28 days before the pretrial conference, all parties must provide to all other parties the pretrial disclosures required under Fed. R. Civ. P. 26(a)(3);

2. At least 21 days before the pretrial conference, a party may designate and serve any objections listed in Fed. R. Civ. P. 26(a)(3); and

3. At least 7 days before the pretrial conference, a proposed pretrial order must be submitted to the court in the form described in Local Civil Rule 16.1(c) and (e). The parties' Rule 26(a)(3) disclosures, and objections thereto, shall be incorporated into the final pretrial order.

In addition to filing, counsel shall submit the proposed pretrial order and any documents required by Local Civil Rules 39.1, 51.1, and 52.1 electronically to Documents_Judge_Myers@nced.uscourts.gov (this email address is receipt only).

This case is subject to mandatory mediation, pursuant to Local Civil Rule 101.1a(b). The Parties shall file a statement identifying the selected mediator and meeting the other applicable

requirements within **twenty-one (21) days** after the entry of this order, in accordance with Local Civil Rule 101.1c(a). If a statement is not timely filed, the Clerk will appoint a mediator from the list of court-certified mediators, in accordance with Local Civil Rule 101.1c(b). Upon request, this court will assist with settlement negotiations or other ADR by making available a judge other than the trial judge to explore these possibilities should the parties' efforts at private mediation prove unsuccessful.

On consent of all parties, and with the concurrence of the District Judge, this case may be referred to a Magistrate Judge for jury or bench trial, as appropriate, with a peremptory trial setting and the right of direct appeal to the Fourth Circuit. A copy of the consent form may be obtained from the Clerk. The parties are free to withhold consent without adverse substantive consequences. Fed. R. Civ. P. 73(b)(2).

The remaining provisions of the discovery plan not inconsistent with the foregoing are approved and adopted as this court's order.

SO ORDERED, the 14 day of February, 2025.

Robert B. Jones, Jr.
United States Magistrate Judge