IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:24-CV-547-M

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE, *et al.*,<br><br>    *Plaintiffs*,<br><br>  v.<br><br>KAREN BRINSON BELL, *in her official capacity as Executive Director of the North Carolina State Board of Elections, et al.*,<br><br>    *Defendants*,<br><br>DEMOCRATIC NATIONAL COMMITTEE,<br><br>    *Intervenor-Defendant*. | **JOINT REQUEST FOR APPOINTMENT OF A MAGISTRATE JUDGE IN LIEU OF A PRIVATE MEDIATOR** |

    Pursuant to this Court's February 14, 2025 text order requiring the parties to identify and submit a mediator, and this Court's Scheduling Order [D.E. 80], the parties jointly submit this request for the appointment of a magistrate judge to oversee the mediated settlement conference, in lieu of a private mediator. Having jointly conferred, all parties agree and consent to this arrangement.

    Respectfully submitted this, the 7th day of March, 2025.

                                        **NELSON MULLINS RILEY & SCARBOROUGH LLP**

                                        By: /s/ Jordan A. Koonts
                                        Phillip J. Strach
                                        North Carolina State Bar no. 29456
                                        Jordan A. Koonts
                                        North Carolina State Bar no. 59363

301 Hillsborough Street, Suite 1400
Raleigh, North Carolina 27603
Ph: (919) 329-3800
phil.strach@nelsonmullins.com
jordan.koonts@nelsonmullins.com

**BAKER DONELSON BEARMAN,
CALDWELL & BERKOWITZ, PC**
John E. Branch, III
North Carolina State Bar no. 32598
Thomas G. Hooper
North Carolina State Bar no. 25571
2235 Gateway Access Point, Suite 220
Raleigh, NC 27607
Ph: (984) 844-7900
jbranch@bakerdonelson.com
thooper@bakerdonelson.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

  I hereby certify that on this day, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such to all counsel of record in the above-captioned matter.

This, the 7th day of March, 2025.

                **NELSON MULLINS RILEY & SCARBOROUGH LLP**

                By: /s/ Jordan A. Koonts
                Jordan A. Koonts