IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JEFFERSON GRIFFIN,<br>　*Plaintiff*,<br><br>v.<br><br>NORTH CAROLINA STATE<br>BOARD OF ELECTIONS,<br>　*Defendant,*<br><br>and<br><br>ALLISON RIGGS, VOTEVETS AC-<br>TION FUND, NORTH CAROLINA<br>ALLIANCE FOR RETIRED AMER-<br>ICANS, SARAH SMITH, and<br>JUANITA ANDERSON,<br>　*Intervenor-Defendants.* | Case No. 5:24-cv-00731-M |
| NORTH CAROLINA DEMOCRATIC<br>PARTY,<br>Plaintiff,<br><br>v.<br><br>NORTH CAROLINA STATE BOARD<br>OF ELECTIONS et al.,<br>Defendants. | Case No. 5:24-cv-00699-M-KS |
| CARRIE CONLEY et al.,<br>Plaintiffs,<br><br>v.<br><br>ALAN HIRSCH et al.,<br>Defendants. | Case No. 5:25-cv-00193-M-RJ |

## NOTICE OF APPEARANCE

Please take notice that Jay Norman Delancy is entering an appearance in this matter on behalf of proposed *amicus curiae* the Immigration Reform Law Institute. Service of all filings can be directed to counsel's address listed below:

Dated: June 25, 2024　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　/s/ Jay Norman Delancy
　　　　　　　　　　　　　　　　　Jay Norman Delancy
　　　　　　　　　　　　　　　　　Appearing Pro Se
　　　　　　　　　　　　　　　　　296 Fairway Lane
　　　　　　　　　　　　　　　　　Sanford, NC  27332
　　　　　　　　　　　　　　　　　Tel:    (919) 332-4129
　　　　　　　　　　　　　　　　　Email:  jay.delancy@gmail.com