AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | | |
|---|---|---|
| REPUBLICAN NATIONAL COMMITTEE and NORT )<br>*Plaintiff* )<br>v. )<br>NORTH CAROLINA STATE BOARD OF ELECTION )<br>*Defendant* ) | Case No. | 5:24-cv-00547 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

NC SBOE, Karen Bell, Alan Hirsch, Jeff Carmon, Stacy Eggers, Kevin N. Lewis, & Siobhan O'Duffy Millen .

Date: 05/12/2025

/s/ Mary L. Lucasse
*Attorney's signature*

Mary L. Lucasse, NC State Bar No. 39153
*Printed name and bar number*

North Carolina Dept. of Justice
Post Office Box 629
Raleigh, N.C. 27602
*Address*

mlucasse@ncdoj.gov
*E-mail address*

(919) 716-6900
*Telephone number*

(919) 716-6763
*FAX number*