IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:24-cv-547-M-RJ

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE and NORTH CAROLINA REPUBLICAN PARTY,<br><br>*Plaintiffs*,<br><br>v.<br><br>NORTH CAROLINA STATE BOARD OF ELECTIONS; KAREN BRINSON BELL, in her official capacity as Executive Director of the North Carolina State Board of Elections; ALAN HIRSCH, in his official capacity as Chair of the North Carolina State Board of Elections; JEFF CARMON, in his official capacity as Secretary of the North Carolina State Board of Elections; STACY EGGERS IV, KEVIN N. LEWIS, and SIOBHAN O'DUFFY MILLEN, in their official capacities as members of the North Carolina State Board of Elections,<br><br>*Defendants*,<br><br>and<br><br>DEMOCRATIC NATIONAL COMMITTEE,<br><br>*Intervenor-Defendant*. | **INTERVENOR-DEFENDANT THE DEMOCRATIC NATIONAL COMMITTEE'S NOTICE OF RELATED CASE** |

      Intervenor-Defendant the Democratic National Committee ("DNC"), by and through counsel, and pursuant to Local Rule 40.3(b), hereby notifies the Court that this case is related to *United States of America v. North Carolina State Board of Elections et al.*, No. 5:25-cv-00283-FL (filed May 27, 2025).

      The North Carolina State Board of Elections and its officers are defendants in both cases,

and both cases will require the Court to interpret the voter-registration and list-maintenance processes set forth in the Help America Vote Act (HAVA), 52 U.S.C. §§ 20901-21145. Both cases also implicate the rights of the same voters. Thus, the two cases concern substantially the same parties, transactions, or events and call for a determination of the same or substantially related or similar questions of law and fact. *See* Local Rule 40.3(a)(1)-(2). Additionally, litigating the two cases before different judges would likely be unduly burdensome and duplicative, and risk conflicting results. *See id.* 40.3(3).

June 9, 2025

Respectfully submitted,

/s/ William A. Robertson

| | |
|---|---|
| SETH P. WAXMAN* | JIM W. PHILLIPS, JR. |
| DANIEL S. VOLCHOK* | N.C. BAR NO. 12516 |
| CHRISTOPHER E. BABBITT* | SHANA L. FULTON |
| GARY M. FOX* | N.C. BAR NO. 27836 |
| JOSEPH M. MEYER* | ERIC M. DAVID |
| JANE KESSNER* | N.C. BAR NO. 38118 |
| NITISHA BARONIA* | WILLIAM A. ROBERTSON |
| WILMER CUTLER PICKERING | N.C. BAR NO. 53589 |
|    HALE AND DORR LLP | JAMES W. WHALEN |
| 2100 Pennsylvania Avenue N.W. | N.C. Bar No. 58477 |
| Washington, D.C. 20037 | BROOKS, PIERCE, MCLENDON |
| Phone: (202) 663-6000 |    HUMPHREY & LEONARD, LLP |
| Fax: (202) 663-6363 | 150 Fayetteville Street |
| seth.waxman@wilmerhale.com | 1700 Wells Fargo Capitol Center |
| daniel.volchok@wilmerhale.com | Raleigh, N.C. 27601 |
| christopher.babbitt@wilmerhale.com | Phone: (919) 839-0300 |
| gary.fox@wilmerhale.com | Fax: (919) 839-0304 |
| joseph.meyer@wilmerhale.com | jphillips@brookspierce.com |
| jane.kessner@wilmerhale.com | sfulton@brookspierce.com |
| nitisha.baronia@wilmerhale.com | edavid@brookspierce.com |
| | wrobertson@brookspierce.com |
| * Local Rule 83.1(e) special appearance. | jwhalen@brookspierce.com |

## CERTIFICATE OF SERVICE

I certify that on this day, I filed the foregoing document using the Court's case management and electronic case filing system (CM/ECF), which will send notice of the same to counsel of record for the parties.

This the 9th day of June, 2025.

/s/ William A. Robertson
William A. Robertson