# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION
## Case No. 5:24-cv-547-M-RJ

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE and NORTH CAROLINA REPUBLICAN PARTY, <br><br> *Plaintiffs*, <br><br> v. <br><br> NORTH CAROLINA STATE BOARD OF ELECTIONS et al., <br><br> *Defendants*, <br><br> and <br><br> DEMOCRATIC NATIONAL COMMITTEE, <br><br> *Intervenor-Defendant*. | NOTICE OF ADDRESS CHANGE |

I am an attorney who has specially appeared in the above-captioned case under Local Rule 83.1(e). This filing is to notify the Court that my address and phone number have changed, and I ask the Clerk to record these changes in this case. My CM/ECF credentials have already been updated accordingly.

New Contact Information:

GARY M. FOX
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800

Respectfully submitted this the 18th day of August, 2025.

/s/ Gary M. Fox
GARY M. FOX
WILMER CUTLER PICKERING
   HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
gary.fox@wilmerhale.com

/s/ William A. Robertson
WILLIAM A. ROBERTSON
BROOKS PIERCE MCLENDON HUMPHREY &
   LEONARD, LLP
N.C. State Bar No. 53589
Post Office Box 1800
Raleigh, NC 27602
Telephone: (919) 573-6210
Fax: (336) 232-9210
wrobertson@brookspierce.com

*Counsel for Intervenor-Defendant Democratic National Committee*

## CERTIFICATE OF SERVICE

I filed the foregoing document using the Court's CM/ECF system, which will send notice of the filing to all counsel of record for the parties.

This the 18th day of August, 2025.

/s/ Gary M. Fox
GARY M. FOX