IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:24-cv-547-M-RJ

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE and NORTH CAROLINA REPUBLICAN PARTY,<br><br>*Plaintiffs*,<br><br>v.<br><br>NORTH CAROLINA STATE BOARD OF ELECTIONS, et al. KAREN BRINSON BELL, in her official capacity as Executive Director of the North Carolina State Board of Elections; ALAN HIRSCH, in his official capacity as Chair of the North Carolina State Board of Elections; JEFF CARMON, in his official capacity as Secretary of the North Carolina State Board of Elections; STACY EGGERS IV, KEVIN N. LEWIS, and SIOBHAN O'DUFFY MILLEN, in their official capacities as members of the North Carolina State Board of Elections,<br><br>*Defendants*,<br><br>and<br><br>DEMOCRATIC NATIONAL COMMITTEE,<br><br>*Intervenor-Defendant*. | ORDER |

This matter comes before the Court on Intervenor-Defendant Democratic National Committee's motion to amend the Court's case management order (DE 80), filed September 4, 2025 (the "Motion"). For good cause shown, and with the consent of Plaintiffs and Defendants, the Democratic National Committee's Motion is ALLOWED.

IT IS ORDERED that the deadlines in the Court's case management order (DE 80) are AMENDED as follows:

1. Deadline to complete discovery – December 12, 2025;

2. Deadline to complete mediation – December 12, 2025;

3. Deadline to file dispositive motions – January 12, 2026;

4. Final pretrial conference – April 13, 2026; and

5. Trial – April 26, 2026.

Except as modified herein, the Court's case management order (DE 80) remains in effect.

SO ORDERED, this the _____ day of September, 2025.

_____
Richard E. Myers, II
Chief United States District Judge